THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 4, 2018



Susan V. Kelley
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

In re:                                                        Chapter 13
THOMAS PASCAL,                                                Case No. 17-29659-SVK
   Debtor.

---

ORDER ON STIPULATION ON MOTION BY FEDERAL NATIONAL MORTGAGE
ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING
UNDER THE LAWS OF THE UNITED STATES OF AMERICA FOR RELIEF FROM
AUTOMATIC STAY AND ABANDONMENT

---

The Court has reviewed the stipulation filed this 4th day of April, 2018, between the debtor, Thomas Pascal, and Federal National Mortgage Association ("Fannie Mae") resolving the motion for relief from stay and abandonment as to the real property located at 3706 N. 26th Street, Milwaukee, Wisconsin 53206.

Drafted by:

    O'Dess and Associates, S.C.
    1414 Underwood Avenue, Suite 403
    Wauwatosa, Wisconsin 53213
    (414) 727-1591
    (414) 727-1590 fax

**IT IS THEREFORE ORDERED:** the Stipulation, which is attached to this order, is approved and the parties are authorized to act in accordance with its terms.  The motion for relief from stay and abandonment is denied subject to the conditions stated in the stipulation.

**IT IS FURTHER ORDERED**: the Court will not enforce a "doomsday provision" (but may enforce a letter renewal to which no objection was filed) for any post-petition payment defaults prior to the effective date of this Order.  The effective date of this Order is 14 days after entry.

# # # #

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

In re:  
THOMAS PASCAL,  
Debtor.

Chapter 13  
Case No. 17-29659-SVK

STIPULATION ON MOTION BY FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

Whereas, debtor, Thomas Pascal, having filed an objection to the motion by Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America for relief from automatic stay and abandonment with respect to the real property located at 3706 North 26th Street, Milwaukee, Wisconsin 53206; and,

Whereas, the parties having arrived at an agreement resolving the post-petition default set forth in the motion;

Now, Therefore, It Is Hereby Stipulated and Agreed as follows:

**TERMS:**

1. Fannie Mae ("Movant") may file a supplemental claim in the amount of

    $5,668.12

comprising post-petition monthly mortgage payments which came due October 1, 2017, through

Drafted by:

O'Dess and Associates, S.C.  
1414 Underwood Avenue, Suite 403  
Wauwatosa, Wisconsin 53213  
(414) 727-1591  
(414) 727-1590 fax

1

January 1, 2018, at $776.93, each; February 1, 2018, through March 1, 2018, at $764.70, plus, attorneys' fees of $850.00 and filing fee of $181.00 for motion. The standing trustee is authorized and directed to pay from funds of the bankruptcy estate a supplemental claim filed pursuant to an order on this stipulation.

2. Beginning with the monthly mortgage payment which comes due April 1, 2018, debtor shall resume making regular payments directly to Movant's sub-servicer, Seterus, Inc. when due. Until further notice, the monthly payment is $764.70 and monthly payments shall be sent exclusively: Seterus, Inc., P.O. Box 1047, Hartford, CT 06143-1047.

3. That Movant is granted a doomsday provision on all regular payments which come due April 1, 2018, through September 1, 2018. In the event that debtor fails to, for any reason, timely make any regular payment which comes due April 1, 2018, through September 1, 2018, upon the filing of a statement of default, with notice to debtor and counsel for debtor, Movant shall be entitled to submit an order terminating the automatic stay and abandoning from the estate the real property located at 3706 North 26th Street, Milwaukee, Wisconsin 53206.

4. Thereafter, in the event debtor fails to, for any reason, timely make any regular payments or breaches any of the remaining terms and conditions of the note and mortgage, Movant may renew its motion for the remainder of the case by letter request to the court and without the need to pay an additional filing fee.

[Signature Page Follows]

Drafted by:

O'Dess and Associates, S.C.
1414 Underwood Avenue, Suite 403
Wauwatosa, Wisconsin 53213
(414) 727-1591
(414) 727-1590 fax

O'DESS AND ASSOCIATES, S.C.
Attorneys for Fannie Mae

Dated: _____

By: D. Alexander Martin
    State Bar ID No. 1046591

KINGSTAD LAW FIRM, LLC
Attorneys for Debtor

Dated: April 3, 2018

/s/ David G. Kingstad
By: David G. Kingstad
    State Bar ID No. 1011206

NO OBJECTION:

Office of the Standing Chapter 13 Trustee

Dated: _____

Rebecca Rogers Garcia, State Bar ID No. 1022252
Rebecca A. Quiroz, State Bar ID No. 1036500
Jennifer K. Marchinowski State Bar ID No. 10566044

Bankruptcy Case No. 17-29659-svk

3

O'DESS AND ASSOCIATES, S.C.
Attorneys for Fannie Mae

Dated: 4/4/2018

By: _____
    D. Alexander Martin
    State Bar ID No. 1046591

KINGSTAD LAW FIRM, LLC
Attorneys for Debtor

Dated: _____

By: _____
    David G. Kingstad
    State Bar ID No. _____

NO OBJECTION:

Office of the Standing Chapter 13 Trustee

Dated: _____

Rebecca R. Garcia
Digitally signed by Rebecca R. Garcia
DN: cn=Rebecca R. Garcia, c=US, o=Chapter 13 Trustee Oshkosh, email=garciar@ch13oshkosh.com
Date: 2018.03.29 15:38:19 -05'00'

Rebecca Rogers Garcia, State Bar ID No. 1022252
Rebecca A. Quiroz, State Bar ID No. 1036500
Jennifer K. Marchinowski State Bar ID No. 10566044

Bankruptcy Case No. 17-29659-svk

3